opinion filed February 28, 1949; released for publication March 28, 1949. Jacoby, Patton, Manns & Coppinger, for appellants; John B. Coppinger, Jr. and John F. McGinnis, of counsel; Cross & Gibbons, for appellees; John F. Gibbons and Harold R. Clark, of counsel. Opinion by PRESIDING JUSTICE DADY. **Not to be published in full.**

## Albert R. Hayes, Appellee, v. Herbert C. Todd, Appellant.

**Gen. No. 9,638.** 

 opinion filed February 28, 1949; released for publication March 28, 1949. Wilson & Wright, for appellant; James H. Manns and Lucas & Thomas, for appellee; Kenneth H. Lemmer and Allen T. Lucas, of counsel. Opinion by JUSTICE WHEAT. **Not to be published in full.**

## William E. Davey, Appellant, v. Fred Heim, Appellee.

**Gen. No. 10,301.** 

opinion filed March 8, 1949; released for publication March 26, 1949. Reuel H. Grunewald, for appellant; Francis M. Cooper, of counsel; Hadley & Leren, for appellee; Palmer Leren, of counsel. Opinion by JUSTICE DOVE. **Not to be published in full.**

## E. T. O'Neill and Charles J. O'Neill, Trading as O'Neill Brothers, Appellees, v. W. A. Reaman and Edith Reaman, Appellants.

### Gen. No. 10,310.

opinion filed March 8, 1949; released for publication March 26, 1949. T. R. Johnston, for appellants; Armen R. Blanke and Dyer & Dyer, for appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**